magistrate at the sum of $5,000, applied for and was granted writ of habeas corpus by District Judge John R. Fuchs.

Having heard evidence on the issue of whether bail should have been required and whether amount of bail was excessive, Judge Fuchs set the amount at $10,000, and from such order this appeal is presented.

It is made to appear that since the order appealed from was entered an indictment has been returned charging appellant with said murder. The question as to the amount of bail bond to answer the charge by complaint has therefore become moot.

The appeal is dismissed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the sale of beer in a dry area; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Alice Fay CAIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28247.

Court of Criminal Appeals of Texas.

April 11, 1956.

**J. D. WILLIAMS, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28220.

Court of Criminal Appeals of Texas.

April 11, 1956.

